AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Sucesión Simon Diaz Marquez | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-23933-FAM |
| Miami Fine Foods, LLC and Avi Assor | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Avi Assor
2635 NE 188 Street Bay, #108
North Miami Beach, Florida 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     HAUG PARTNERS LLP
777 South Flagler Drive,
Phillips Point East Tower
Suite 1000
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Oct 13, 2023

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Sucesión Simon Diaz Marquez <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Miami Fine Foods, LLC and Avi Assor<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-23933-FAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Miami Fine Foods, LLC
2635 NE 188 Street Bay, #108
North Miami Beach, Florida 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HAUG PARTNERS LLP
777 South Flagler Drive,
Phillips Point East Tower
Suite 1000
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 13, 2023

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court