UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Sucesión Simon Diaz Marquez, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:23-cv-23933 |
| Miami Fine Foods, LLC and Avi Assor, | : |
| Defendants. | : |

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael Barer, of the law firm of Haug Partners LLP, 745 Fifth Avenue, 10th Floor, New York, New York 10151, tel: (212) 588-0800, for purposes of appearance as co-counsel on behalf of Plaintiff, Sucesión Simon Diaz Marquez, (the "Plaintiff"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael Barer to receive electronic filings in this case, and in support thereof states as follows:

1.      Michael Barer is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and the United States District Court for the Western District of New York.

2.      Movant, Matthew Ryan, of the law firm of Haug Partners LLP, 777 South Flagler Drive, Suite 1000, East Tower, West Palm Beach, Florida 33401, tel: (561) 489-4600, is a member in good standing of The Florida Bar and the United States District Court for the Southern District

1

of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael Barer has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael Barer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael Barer, at email address: mbarer@haugpartners.com.

WHEREFORE, Matthew Ryan moves this Court to enter an Order for Michael Barer to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael Barer.

Dated: West Palm Beach, FL
October 17, 2023

Respectfully Submitted,

By: /s/Matthew Ryan/

Matthew Ryan
Fla. Bar No. 368709
**HAUG PARTNERS LLP**
777 South Flagler Drive
Suite 1000, East Tower
West Palm Beach, FL 33401
Tel: (561) 489-4600
mryan@haugpartners.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Sucesión Simon Diaz Marquez, <br><br> Plaintiff, <br><br> v. <br><br> Miami Fine Foods, LLC and Avi Assor, <br><br> Defendants. | Civil Action No. 1:23-cv-23933 |

## CERTIFICATION OF MICHAEL BARER

Michael Barer, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and the United States District Court for the Western District of New York; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Dated: West Palm Beach, FL
October 17, 2023

Respectfully Submitted,

By:  /s/Michael Barer/

Michael Barer
**HAUG PARTNERS LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
Tel: (212) 588-0800
mbarer@haugpartners.com

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| Sucesión Simon Diaz Marquez, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:23-cv-23933 |
| Miami Fine Foods, LLC and Avi Assor, | : |
| Defendants. | : |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael Barer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michael Barer may appear and participate in this action on behalf of Plaintiff Sucesión Simon Diaz Marquez. The Clerk shall provide electronic notification of all electronic filings to Michael Barer, at mbarer@haugpartners.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record

4

**Certificate of Service**

I hereby certify that on this 17th day of October, 2023, a copy of the foregoing Motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Matthew Ryan/
Matthew Ryan