UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23933-CIV-MORENO

SUCESIÓN SIMON DIAZ MARQUEZ,

    Plaintiff,

vs.

MIAMI FINE FOODS, LLC and AVI ASSOR,

    Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon the Motion to Appear *Pro Hac Vice* (**D.E. 6**), filed on **October 17, 2023**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Attorney Michael Barer is admitted *pro hac vice* to practice before this Court on the above-styled case.  The Clerk of the Court shall provide electronic notice of all filings on this docket to Michael Barer at the following email address: mbarer@haugpartners.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd of October 2023.

*Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record