## RETURN OF SERVICE

**State of Florida**  **County of SOUTHER DISTRICT**

Case Number: 1:23-CV-23933-FAM

Plaintiff:
**Sucesión Simon Diaz Marquez**

vs.

Defendant:
**Miami Fine Foods, LLC and Avi Assor**

Received by We Serve NJ LLC on the 25th day of October, 2023 at 1:12 pm to be served on **Avi Assor, 2635 Ne 188th St #108, MIAMI, FL 33180**.

I, KENNY GALLEGO #2080, do hereby affirm that on the **6th day of November, 2023** at **11:32 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Avi Assor** at the address of: **2635 Ne 188th St #108, MIAMI, FL 33180**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

_____
**KENNY GALLEGO #2080**
Process Server

**We Serve NJ LLC**
**500 KING STREET**
**Staten Island, NY 10312**

Our Job Serial Number: MGS-2023007778

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n