# EXHIBIT A

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Nov 21 04:07:22 EST 2023

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# TIO SIMON

| | |
|---|---|
| **Word Mark** | TIO SIMON |
| **Translations** | The English translation of TIO in the mark is UNCLE. |
| **Goods and Services** | IC 029. US 046. G & S: Cheese; Ready-to-eat meals comprised primarily of meats, cheese and also including Latin and Venezuelan food, namely, cheese tequenos, nata, milk cream, cachapas, sweet corn-based foods, bollitos, empanadas, cachitos, and pandebono. FIRST USE: 20160901. FIRST USE IN COMMERCE: 20160901<br><br>IC 030. US 046. G & S: Sauces; Bakery desserts; Sauces, namely, green sauce, guasacaca sauce, pink sauce and garlic and cilantro sauce. FIRST USE: 20160901. FIRST USE IN COMMERCE: 20160901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97030729 |
| **Filing Date** | September 16, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 2, 2022 |
| **Owner** | (APPLICANT) Miami Fine Foods, LLC LIMITED LIABILITY COMPANY FLORIDA #108 2635 NE 188 STREET BAY NORTH MIAMI BEACH FLORIDA 33180 |
| **Attorney of Record** | JAIME RICH VINING |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY