# EXHIBIT B

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  **( Use the "Back" button of the Internet Browser to return to TESS)**

# TIO SIMON

| | |
|---|---|
| **Word Mark** | TIO SIMON |
| **Translations** | The English translation of TIO in the mark is UNCLE. |
| **Goods and Services** | IC 029. US 046. G & S: Meat, fish, poultry and game meat; meat extracts; preserved, frozen, dried and cooked fruits and vegetables, vegetables and legumes; jellies, jams, compotes; eggs; milk, cheeses, butter, yogurt, cheeses oils and fats for food use; ready-to-eat meals consisting mainly of meats and cheese; cream, milk cream, cream cheese, spreadable cheese, cassava chips, yuca sticks, frozen cassava, processed plantains, tostones, frozen tostones; guacamole<br><br>IC 030. US 046. G & S: Coffee, tea, cocoa and their substitutes; rice, pasta and noodles; tapioca and sago; flour preparations; processed cereal-based preparations to be used as breakfast food, snack food or ingredient for making other foods; bread, pastry and confectionery made of sugar;chocolate; soft ice creams, sorbets and other ice creams; sugar, honey, molasses syrup; yeast, baking powders; salt, seasonings, spices, preserved herbs; vinegar, sauces, green sauce, guasacaca sauce, pink sauce, garlic sauce, coriander sauce; ice; bakery desserts; black cake, corn-based sweet snack foods, breaded cheesesticks, namely tequenos, cheese tequenos, and sweetcorn tequenos, corn pancakes, namely, cachapas, buns, empanadas, arepas, Venezuelan tamales, namely, hallacas, Venezuelan bread, namely, cachitos, pandebono bread and pandebono bread containing ham, corn-based tortillas, flan, cheese, bakery mixes for making flan<br><br>IC 038. US 100 101 104. G & S: Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet<br><br>IC 041. US 100 101 107. G & S: Educational services, namely, conducting classes, seminars, conferences, and workshops in the field of professional development, culture, history, music, and culinary arts; training services in the field of professional development, culture, history, music, and culinary arts; entertainment services in the nature of live musical performances; entertainment services, namely, providing information about a recording artist via an online network;entertainment services, namely, providing non-downloadable prerecorded music via a website; organization of sports competitions; entertainment services, namely, organization of cultural activities |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97296359 |
| **Filing Date** | March 7, 2022 |
| **Current Basis** | 44D |
| **Original Filing Basis** | 44D |
| **Owner** | (APPLICANT) SUCESIÓN SIMON DIAZ MARQUEZ ESTATE VENEZUELA Calle Ruta G Qta Bettsimar. Urb. Los Campitos Caracas, Miranda VENEZUELA 1080 |
| **Attorney of Record** | Ben Natter |
| **Priority Date** | February 3, 2022 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name "SIMON DIAZ MARQUEZ" does not identify a living individual. |
| **Live/Dead Indicator** | LIVE |