# EXHIBIT C



# Café Tío Simón: What does Simón Díaz have to do with coffee?

"My father woke up every day at 4:35 a.m. and the first thing he did was go to the kitchen to brew his coffee in an old ramshackle pot. He boiled the water with sugar and then strained it through a pastry bag," says Bettsimar Díaz when presenting this new coffee, in alliance with the Cafeteros 1730 group

 Giuliana Chiappe

June 12, 20230 6:17 pm
Last updated: June 12, 2023 06:25 pm

**Café Tío Simón** was recently introduced to the Venezuelan market and many Venezuelans will ask themselves, what does Simón Díaz have to do with coffee?

In the case of this coffee produced by the Cafeteros 1730 group, with **beans from** Santa Cruz de Mora, in Mérida, the link begins from the moment the idea was born.

During the pandemic, Castor González, founding partner of Cafeteros 1730, thought it was necessary **to reinforce the Venezuelan spirit** and, from his trench, he decided to create a coffee to this goal. And he thought of one of the most beloved figures in Venezuelan music: Simón Díaz, better known to entire generations of Venezuelans as Tío Simón [Uncle Simón].

And that's how he stated it to **Simón Jr. and Bettsimar Díaz** in his first letter: The goal was to recall all the positive values of the people that Simón Díaz represents. Because he continues to represent them, as his name is iconic among Venezuelans.

The proposal prospered after many questions from the Díaz family and many answers from Cafeteros 1730. They decided to join forces in this product that, for the first time, presented Tío Simón as a trademark. In addition, he was a **great coffee drinker**.

"Cafeteros 1730 knocked on my door, but for me, it was like **they were knocking on my heart**. For us it was something different because my father had always been a brand of emotions, not a commercial one, that is, not the image of a commercial product. We wondered if the coffee was going to taste like what we were used to from Tío Simón. And so it was. We are very happy to be able to share it very soon with the whole country," said Bettsimar during the launch event of Café Tío Simón, where she was accompanied by Castor González.

In addition, Simón Gabriel, Simón Díaz's grandson, also works at Cafeteros 1730.

**Simón and his coffee at dawn**

At the launch event, to a question from [Bienmesabe](#) about **how Tío Simón drank** his coffee, Bettsimar was visibly moved. This is because the memory of her father is intimately linked to coffee.

"My dad got up every day at **4:35 in the morning and the first thing he did was go down to the kitchen and make his coffee**. In a small ramshackle pot, because it was the same one he had used for years, he used to boil water with sugar. And then he'd strain it through a bag. He drank the first straining, *guayoyo*[1], always *guayoyo*. Then he would brew more to share with all of us," she said.

**Strict on-site control**

Café Tío Simón is **supervised by** [Gustavo Paparoni](#), one of Venezuela's best-known coffee masters and brand developers, who is also internationally certified.

As Paparoni explained at the launch event, grains of various varieties[2] are processed, such as Caturra and Criollo de Mérida. For now, they only come from **Santa Cruz de Mora**, but soon they will also include [beans] from the states of Lara and Portuguesa, among others.

---

[1] Note from translator: *Guayoyo* is a local term to refer to black coffee.
[2] Note from translator: There seems to be a typo. In Spanish, "especias" is "spices", but what they are referring to here is varieties of coffee beans.

"**More than 15 different processes** are evaluated, ranging from the quality of the unripe coffee to the finished product, the roasted bean, the grinding, and the sensory analysis through sampling and tasting," he said.

**A launch full of friends**

The launch event was held at the Creole restaurant Vistarroyo, and was attended by numerous music and entertainment celebrities, such as María Teresa Chacín and Gilberto Correa, and the "nephews" from the television show *Contesa con Tío Simón*: "**Coquito", "Chusmita" and "Teresita".** The latter sang on stage.

"Chusmita was Tío Simón's first nephew, not in age but because he was the first one who told him on television **'thank you uncle,'**" Bettsimar recalled.

The event featured a concert by the group **Cayiao and Cheo Hurtado**, Simón's personal friend.

**Coordinates of Café Tío Simón**

**Instagram**. @cafetiosimon

Web. www.cafetiosimon.com

**Where to buy it**. This year, Café Tío Simón will be available in supermarkets and large chains in Greater Caracas, and in the first quarter of 2024 it will be shipped throughout the country.

**Presentations**. It comes in 100, 200, and 500 gram packages of ground coffee.

 Giuliana Chiappe

-



Code: 22596

Date: November 21, 2023

I, Carmen Hiers, president and owner of TransForma Translation Services, a member in good standing of the American Translators Association, corporate membership #251050, hereby certify that a professional translator/proofreader of Spanish into English, to the best of their knowledge, ability and belief, has fully and accurately translated/edited/proofread the document(s) below from Spanish into English. Said translator/proofreader verifies the accuracy of the document(s) below. This certificate of accuracy is being issued at the request of our client, to be used as they deem appropriate.

*Source file(s)*:

Article from Bienmesabe magazine –
Café Tío Simón: What does Simón Díaz have to do with coffee?

_____
Carmen Hiers

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of (✓) physical presence or ( ) online notarization this 21st day of November, 2023 by Carmen Hiers.

_____
Notary Public, State of Florida

DAVID ALVAREZ
Notary Public - State of Florida
Commission # HH 276401
My Comm. Expires Sep 20, 2026
Bonded through National Notary Assn.

Personally known ✓ OR   Produced Identification _____

Type of identification produced: _____

_____

9100 S. Dadeland Blvd., Ste. 1500
Miami FL 33156  (305) 722-3827
www.transformaonline.com