# EXHIBIT D

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Nov 21 04:07:22 EST 2023

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

*( Use the "Back" button of the Internet Browser to return to TESS)*

# CAFÉ TIO SIMÓN

| | |
|---|---|
| **Word Mark** | CAFÉ TIO SIMÓN |
| **Translations** | The English translation of tio in the mark is uncle. |
| **Goods and Services** | IC 030. US 046. G & S: Coffee and substitutes therefor; ground coffee, coffee beans; unroasted coffee, coffee-based beverages; prepared espresso and espresso-based beverages; coffee beverages with milk; coffee capsules, filled; beverages with coffee, namely, beverages made of coffee; chocolate covered coffee beans, coffee flavorings, namely, flavorings for beverages other than essential oils |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97568611 |
| **Filing Date** | August 29, 2022 |
| **Current Basis** | 44D |
| **Original Filing Basis** | 44D |
| **Owner** | (APPLICANT) SUCESION SIMON DIAZ MARQUEZ. ESTATE VENEZUELA Calle Ruta G Qta Bettsimar. Urb. Los Campitos Caracas, Miranda VENEZUELA 1080 |
| **Attorney of Record** | Ben Natter |
| **Priority Date** | August 23, 2022 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAFÉ" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |