**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Sucesión Simon Diaz Marquez, | |
| *Plaintiff*, | |
| v. | Civil Case No. 1:23-cv-23933-FAM |
| Miami Fine Foods, LLC and Avi Assor, | |
| *Defendants*. | |

# ANSWER

Plaintiff, Sucesión Simon Diaz Marquez ("Plaintiff"), by and through its attorneys, hereby answers the Counterclaims filed by Defendant, Miami Fine Foods, LLC ("Defendant") and states as follows:

1. As to paragraph 1, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

2. Admitted.

3. Denied.

4. Paragraph 4 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Plaintiff denies same.

5. Paragraph 5 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Plaintiff denies same.

6. Paragraph 6 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Plaintiff denies same.

7. Paragraph 7 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Plaintiff denies same.

3430033.v1

8. As to paragraph 8, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

9. As to paragraph 9, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

10. As to paragraph 10, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

11. As to paragraph 11, Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

12. As to paragraph 12, Plaintiff admits that Defendant Miami Fine Foods filed Application Serial No. 97/030,729, which speaks for itself. Plaintiff denies the remainder of the allegations.

13. Admitted that Plaintiff is the Applicant.

14. Admitted that Plaintiff filed Application Serial No. 97/296,359, which speaks for itself.

15. As to paragraph 15, Defendant's characterization of the article attached as Exhibit C and located at https://elestimulo.com/bienmesabe/lanzamientos/2023-06-12/cafe-tio-simon-que-tiene-que-ver-simon-diaz-con-un-cafe/ is denied, the article speaks for itself.

16. Denied.

17. Admitted that Plaintiff filed Application Serial No. 97/568,611, which speaks for itself.

18. Denied.

19. Paragraph 19 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Plaintiff denies same.

20. Denied.

21. Denied.

22. Denied.

23. Admitted that Plaintiff filed Opposition No. 91282101, which speaks for itself.

24. Opposition No. 91282101 speaks for itself. Defendant's characterization of the proceedings in Opposition No. 91282101 are denied.

25. Admitted.

26. Denied.

27. Denied.

28. Paragraph 28 is admitted to the extent that in Opposition No. 91282101, the Trademark Trial and Appeal Board suspended the proceedings pending the outcome of the instant civil action. The remaining allegations and Defendant's characterization of the proceedings in Opposition No. 91282101 are denied and the allegations and argument are disingenuous.

**FIRST CLAIM FOR RELIEF**
**(Federal Unfair Competition)**

29. With respect to paragraph 29, Plaintiff repeats each and every one of the prior responses as if set forth fully herein.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

**SECOND CLAIM FOR RELIEF**

3430033.v1

**(Common Law Trademark Infringement and Unfair Competition)**

36. With respect to paragraph 36, Plaintiff repeats each and every one of the prior responses as if set forth fully herein.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

## PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to any recovery or relief in connection with the allegations set forth in the Counterclaims, including, but not limited to, the requested relief set forth in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

1. Defendant's Counterclaim fails to state a claim upon which relief can be granted.

2. Some or all of the relief sought by Defendant is barred because Defendant has failed to establish irreparable injury.

3. Defendant has failed to mitigate its purported damages, to the extent it suffered any.

4. Defendant is not the owner of the TIO SIMON mark, or variations thereof.

5. Defendant's claims are barred in whole or in part by the doctrines of estoppel, unclean hands, and bad faith, in that Defendant adopted an infringing TIO SIMON mark with the intent to misappropriate Plaintiff's goodwill.

Dated: December 13, 2023

By: /s/Matthew Ryan/
Matthew Ryan

        Fla. Bar No. 368709
**HAUG PARTNERS LLP**
777 South Flagler Drive
Suite 1000, East Tower
West Palm Beach, FL 33401
Tel: (212) 588-0800
mryan@haugpartners.com
Ben Natter
Michael Barer
**HAUG PARTNERS LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
Tel: (212) 588-0800
bnatter@haugpartners.com
mbarer@haugpartners.com

*Attorneys for Plaintiff*
*Sucesión Simon Diaz Marquez*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Answer to be electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated: December 13, 2023

                                                Respectfully submitted,

                                                HAUG PARTNERS LLP

                            By:    /s/Michael Barer/

                                                Ben Natter
                                              Michael Barer
                                              745 Fifth Avenue
                                              New York, New York 10151
                                              Tel: (212) 588-0800
                                              Email: bnatter@haugpartners.com
                                                                 mbarer@haugpartners.com

                                              *Attorneys for Plaintiff*