# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Civil Case No. 1:23-cv-23933-FAM**

| | |
|---|---|
| Sucesión Simon Diaz Marquez, | : |
| *Plaintiff*, | : |
| v. | : |
| Miami Fine Foods, LLC and Avi Assor, | : |
| *Defendants*. | : |

## NOTICE SCHEDULING MEDIATION

Pursuant to this Court's Order dated December 15, 2023 (Doc. No. 16), Plaintiff Sucesión Simon Diaz Marquez, by and through undersigned counsel, hereby notifies the Court that the parties have agreed to mediation with mediator Michael Chesal and tentatively have agreed to mediate on June 6, 2024, at a time to be determined subject to availability of Mr. Chesal and the parties.

Dated: January 12, 2024

/s/Ben Natter/
Ben Natter
Fla. Bar No. 1050054
HAUG PARTNERS LLP
777 South Flagler Drive
Suite 1000, East Tower
West Palm Beach, FL 33401
Tel: (561) 489-4600
Email: bnatter@haugpartners.com

Michael Barer (Admitted *Pro Hac Vice*)
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
mbarer@haugpartners.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Notice Scheduling Mediation to be electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated: January 12, 2024

                                        Respectfully submitted,

                                        HAUG PARTNERS LLP

By:    /s/Ben Natter/

                                        Ben Natter
                                        Michael Barer
                                        745 Fifth Avenue
                                        New York, New York 10151
                                        Tel: (212) 588-0800
                                        Email: bnatter@haugpartners.com
                                                            mbarer@haugpartners.com

*Attorneys for Plaintiff*