# EXHIBIT A

# RETURN OF NON-SERVICE
UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:23-CV-23933-FAM

Plaintiff: **MIAMI FINE FOODS, LLC and AVI ASSOR**
vs.
Defendant: **BETTYSMAR DIAZ and SUCESION SIMON DIAZ MARQUEZ**

For:
Jaime Vining, Esq
FRIEDLAND VINING

Received by DLE Process Servers, Inc on the 14th day of December, 2023 at 11:49 am to be served on **Bettsymar Diaz, 3921 N. Meridan Ave, Apt. A, Miami Beach, FL 33140**.

I, Henry Pinto, do hereby affirm that on the **18th day of January, 2024** at **4:20 pm, I:**

**NON-SERVED** the **Summons in a Civil Action, Defendant's Answer, Affirmative Defenses, and Counterclaim to Complaint, Exhibits** for the reason that I failed to find **Bettsymar Diaz** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/19/2023  9:33 am  Attempted service at 3921 N. Meridan Ave Apt. A, Miami Beach, FL 33140 knocked several times no answer no noise no management on premises
12/21/2023  5:43 pm  Attempted service at 3921 N. Meridan Ave Apt. A, Miami Beach, FL 33140 knocked several times apt A, no answer no noise no one came to door.
12/27/2023  8:39 am  Attempted service at 3921 N. Meridan Ave Apt. A, Miami Beach, FL 33140 knocked several times no answer no noise no contact
1/5/2024  7:44 pm  Attempted service at 3921 N. Meridan Ave Apt. A, Miami Beach, FL 33140 knocked several times no answer no noise no contact made, left card on door
1/17/2024  6:47 pm  Attempted service at 10546 Nw 51 Street, Miami, FL 33178 knocked several times no answer no noise no vehicles all dark no contact made
1/17/2024  7:02 pm  Attempted service at 4708 Nw 114th Avenue Unit 101, Miami, FL 33178 knocked several times no answer no noise no contact made
1/17/2024  5:24 pm  Attempted service at 3921 N. Meridan Ave Apt. A, Miami Beach, FL 33140 stood by door prior to knocking no noise knocked several times no answer no noise no contact made
1/17/2024  4:59 pm  Attempted service at 1622 Bay Rd #101, Miami Beach, FL 33139 spoke to Gabriel German who stated he doesn't know this individual and this person doesn't live here, he added he just moved her in November no further information provided.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
**Henry Pinto**
CPS 2351

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2023063760

```
DELIVERED   1/18/2024 4:20 PM
SERVER      HF
LICENSE     CPS 2351
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MIAMI FINE FOODS, LLC and AVI ASSOR <br><br> *Plaintiff(s)* <br> v. <br><br> BETTSYMAR DIAZ and SUCESIÓN SIMON DIAZ MARQUEZ <br><br> *Defendant(s)* | ) ) ) ) ) ) )   Civil Action No. 1:23-CV-23933-FAM <br> ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BETTSYMAR DIAZ
3921 N. Meridian Ave., Apt. A
Miami Beach, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaime Rich Vining, Esq.
Friedland Vining, P.A.
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 12/14/2023



Angela E. Noble
Clerk of Court

s/ J. Adams

Deputy Clerk
U.S. District Courts