# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-CV-23933-FAM

**SUCESIÓN SIMON DIAZ MARQUEZ**,

    Plaintiff,

v.

**MIAMI FINE FOODS, LLC and AVI ASSOR**,

    Defendants.
_____/

**<u>DECLARATION OF AVI ASSOR</u>**

I, Avi Assor, declare under penalty of perjury as follows:

1. I am the President of Defendant/Counter-Plaintiff Miami Fine Foods, LLC ("MFF"). I am over eighteen years of age, have personal knowledge of the facts and statements contained in this declaration, and I declare under penalty of perjury that the following is true and correct.

2. This Declaration is submitted in support of MFF's Motion for Order Authorizing Alternative Service of Process on Third Party Defendant Bettsymar Diaz ("Diaz").

3. In conducting research to identify Diaz's U.S. address(es), my transactional counsel Ivania Oberti, Esq. and I located four addresses through corporate records filed with the Florida Department of State, Division of Corporations. True and correct copies are attached hereto as <u>Exhibit 1</u>.

4. Although MFF has been diligent in its attempts to serve Diaz, including requesting that the Estate's counsel accept service on behalf of Diaz, MFF is not

confident that it will be able to locate Diaz for personal service. To date, counsel for Plaintiff/Counter-Defendant Sucesión Simon Diaz Marquez (the "Estate") has refused to accept service on behalf of Diaz.

5. Alternate service by email is appropriate and necessary in this case, because Diaz: (1) operates via the Internet; and (2) clearly relies on electronic communications as a reliable form of contact to operate the Estate's business.

6. MFF has the ability to contact Diaz directly and provide notice of MFF's claims against Diaz electronically via email to Diaz's known email addresses. Diaz, through the Estate, identifies her contact information as bettsimar.diaz@gmail.com on the Facebook page for Simon Diaz, located at https://www.facebook.com/tiosimondiaz?locale=fi_FI. True and correct copies of the webpages are attached hereto as Exhibit 2.

7. Absent the ability to serve Diaz electronically, MFF will almost certainly be left without the ability to pursue a remedy.

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

_____
Avi Assor

DATED: January 18, 2024

2

# EXHIBIT 1

# Electronic Articles of Incorporation
# For

SIMON DIAZ FOUNDATION INC

N19000002150
FILED
February 22, 2019
Sec. Of State
tjschroeder

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   SIMON DIAZ FOUNDATION INC

## Article II
The principal place of business address:
   1622 BAY RD
   #101
   MIAMI BEACH, FL.   33139

The mailing address of the corporation is:
   1622 BAY RD
   #101
   MIAMI BEACH, FL.   33139

## Article III
The specific purpose for which this corporation is organized is:
   PRESERVE AND PROMOTE THE MUSICAL LEGACY OF SIMON DIAZ. PROMOTE THE FOLK AND POPULAR MUSIC OF VENEZUELA AND LATIN AMERICA. COURSES, BENEFIT CONCERTS, LECTURES, EDUCATIONAL PROGRAMS, PRODUCTION OF BOOKS, VIDEO & AUDIO CONTENT.

## Article IV
The manner in which directors are elected or appointed is:
   ELECTED AT THE ANNUAL MEETING

## Article V
The name and Florida street address of the registered agent is:
   BETTSYMAR  DIAZ
   1622 BAY RD
   101
   MIAMI BEACH, FL.   33139

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   BETTSYMAR DIAZ

N19000002150
FILED
February 22, 2019
Sec. Of State
tjschroeder

## Article VI

The name and address of the incorporator is:

BETTSYMAR DIAZ
1622 BAY RD
101
MIAMI BEACH FL 33139

Electronic Signature of Incorporator:   BETTSYMAR DIAZ

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
BETTSYMAR  DIAZ
1622 BAY RD #101
MIAMI BEACH, FL.   33139

Title:   VP
CLAUDIA  URDANETA
1622 BAY RD #101
MIAMI BEACH, FL.   33139

Title:   MBR
PERLA  CAPRILES
655 6TH AV APT 4B
NEW YORK, NY.   10010  US

## Article VIII

The effective date for this corporation shall be:
02/21/2019

# Electronic Articles of Organization For Florida Limited Liability Company

L20000168885
FILED 8:00 AM
June 18, 2020
Sec. Of State
slsingleton

## Article I

The name of the Limited Liability Company is:

    FORO AUTORAL LATAM LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

    3921 N MERIDIAN AVE
    APT A
    MIAMI BEACH, .   33140

The mailing address of the Limited Liability Company is:

    3921 N MERIDIAN AVE
    APT A
    MIAMI BEACH, .   33140

## Article III

Other provisions, if any:

    CONSULTING SERVICES FOR CREATORS AND ARTISTS ON THE ENTERTAINMENT BUSINESSÂ€

## Article IV

The name and Florida street address of the registered agent is:

    BETTSYMAR  DÃ-AZ MRS
    3921 N MERIDIAN AVE
    APT A
    MIAMI BEACH, FL.   33140

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   BETTSYMAR DÃ-AZ

## Article V

The name and address of person(s) authorized to manage LLC:

Title: MGR
CASTOR GONZALEZ ESCOBAR MR
1001 BRICKELL BAY DRIVE SUITE 2700N3
MIAMI, FL. 33131 US

Title: MGR
ANDRES ROSA MR
6465 S MITCHELL MANOR CIR
MIAMI, FL. 33156 US

Title: MGR
BETTSYMAR DIAZ MRS
3921 N MERIDIAN AVE APT A
MIAMI BEACH, FL. 33140 US

## Article VI

The effective date for this Limited Liability Company shall be:

08/08/2020

Signature of member or an authorized representative

Electronic Signature: BETTSYMAR DIAZ

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

L20000168885
FILED 8:00 AM
June 18, 2020
Sec. Of State
slsingleton

# 2019 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L15000075716

**Entity Name:** CALIDOS PRODUCCIONES ARTISTICAS, LLC

**FILED**
**Feb 20, 2019**
**Secretary of State**
**6041195470CR**

**Current Principal Place of Business:**

4708 NW 114TH AVE
UNIT 101
MIAMI, FL 33178

**Current Mailing Address:**

4708 NW 114TH AVE
UNIT 101
MIAMI, FL 33178 US

**FEI Number:** 47-3859764

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

DIAZ, BETTSYMAR C
1622 BAY ROAD
APT 101
MIAMI BEACH, FL 33139 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: BETTSYMAR DIAZ                                02/20/2019
Electronic Signature of Registered Agent                      Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGRM |
| Name | DIAZ, BETTSYMAR C | Name | URDANETA, CLAUDIA |
| Address | 1622 BAY ROAD APT 101 | Address | 1622 BAY ROAD APT 101 |
| City-State-Zip: | MIAMI BEACH FL 33139 | City-State-Zip: | MIAMI BEACH FL 33139 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BETTSYMAR C DIAZ                    MANAGING DIRECTOR    02/20/2019
Electronic Signature of Signing Authorized Person(s) Detail                       Date

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L15000075716
FILED 8:00 AM
April 29, 2015
Sec. Of State
jdharris

## Article I

The name of the Limited Liability Company is:

    CALIDOS PRODUCCIONES ARTISTICAS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

    10546 NW 51ST STREET
    MIAMI, FL. US  33178

The mailing address of the Limited Liability Company is:

    10546 NW 51ST STREET
    MIAMI, FL. US  33178

## Article III

The name and Florida street address of the registered agent is:

    BETTSYMAR C DIAZ
    10546 NW 51ST STREET
    MIAMI, FL.   33178

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   BETTSYMAR C. DIAZ

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  MGRM
BETTSYMAR C DIAZ
10546 NW 51ST STREET
MIAMI, FL.  33178  US

Title:  MGRM
CLAUDIA  URDANETA
10546 NW 51ST STREET
MIAMI, FL.  33178  US

L15000075716
FILED 8:00 AM
April 29, 2015
Sec. Of State
jdharris

## Article V

The effective date for this Limited Liability Company shall be:

04/29/2015

Signature of member or an authorized representative

Electronic Signature: BETTSYMAR C. DIAZ

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# EXHIBIT 2

