IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-CV-23933-FAM

**SUCESIÓN SIMON DIAZ MARQUEZ**,

    Plaintiff,

v.

**MIAMI FINE FOODS, LLC and AVI ASSOR**,

    Defendants.
_____/

## ORDER GRANTING MIAMI FINE FOODS, LLC's MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS ON THIRD-PARTY DEFENDANT BETTSYMAR DIAZ

THIS MATTER having come before the Court upon the motion of Defendant/Counter-Plaintiff Miami Fine Foods, LLC ("MFF") for an order authorizing alternative service of process on Third Party Defendant Bettsymar Diaz ("Diaz"); and the Court having considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that MFF's Motion for Order Authorizing Alternative Service of Process on Third Party Defendant Bettsymar Diaz is hereby entered in favor of MFF. MFF shall serve Diaz with copies of the Summons, Complaint, and all filings and discovery in this matter via email at bettsimar.diaz@gmail.com, with confirmation via First Class U.S. mail at 3921 N. Meridian Ave, Apt. A, Miami Beach, FL 33140.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2024.

                                                                                                        _____
                                                                                                        Hon. Federico A. Moreno
                                                                                                        United States Senior District Judge

Copies furnished to:
All Counsel of Record