UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Sucesión Simon Diaz Marquez,<br><br>*Plaintiff*,<br>v.<br><br>Miami Fine Foods, LLC and Avi Assor,<br><br>*Defendants*. | Civil Case No. 1:23-cv-23933-FAM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BETTSYMAR DIAZ TO RESPOND TO COUNTERCLAIM-PLAINTIFF'S THIRD-PARTY COMPLAINT AND [PROPOSED] CONSENT ORDER** |
| Miami Fine Foods, LLC,<br><br>*Counterclaim-Plaintiff*,<br>v.<br><br>Sucesión Simon Diaz Marquez and Bettsymar Diaz,<br><br>*Counterclaim-Defendants*. | *Document Electronically Filed* |

WHEREAS, on November 22, 2023, Counterclaim-Plaintiff, Miami Fine Foods, LLC ("Counterclaim-Plaintiff"), filed a Third-Party Complaint against Defendant, Bettsymar Diaz ("Ms. Diaz") (ECF No. 12);

WHEREAS Ms. Diaz was served with copies of the Third-Party Complaint and Summons on January 23, 2024 (ECF No. 25);

WHEREAS, the current deadline for Ms. Diaz to respond to the Third-Party Complaint is February 13, 2024; and

WHEREAS, this is the first request by Ms. Diaz for an extension of time to file her response to the Third-Party Complaint.

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that Ms. Diaz may have additional time within which to answer or otherwise respond to the Third Party Complaint, up to and including, February 27, 2024.

Good cause exists for this extension as Ms. Diaz is located in Venezuela where she cares for her sick mother. Accordingly, Ms. Diaz requires additional time to fully address the allegations in the Third Party Complaint and determine how to proceed in this matter. In addition, the extension will allow the parties to continue to engage in settlement negotiations.

The parties agree to this Consent Order and the same is hereby entered ordering that the time for Ms. Diaz to respond to Counterclaim-Plaintiff's Third Party Complaint is extended, up to and including, February 27, 2024.

The undersigned hereby consent to the entry of the within Consent Order.

Dated: February 13, 2024

Respectfully submitted,

/s/Ben Natter/

Ben Natter
Matthew Ryan
Fla. Bar No. 1050054
**HAUG PARTNERS LLP**
777 South Flagler Drive
Suite 1000, East Tower
West Palm Beach, FL 33401
Tel: (212) 588-0800
bnatter@haugpartners.com

Michael Barer (admitted *pro hac vice*)
**HAUG PARTNERS**
745 Fifth Avenue, 10th Floor
New York, NY 10151
Tel: (212) 588-0800
mbarer@haugpartners.com

*Attorneys for Bettsymar Diaz*

*/s/Jaime Rich Vining/*
Jaime Rich Vining
**Friedland Vining, P.A.**
9100 S. Dadeland Blvd.
Suite 1620
Miami, FL 33156
305-777-1721
Fax: 305-456-4922
Email: jaime.vining@friedlandvining.com

*Attorneys for Counterclaim-Plaintiff*

**IT IS SO ORDERED:**

Date: _____, 2024

_____
Hon. Federico A. Moreno
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Stipulation to Extend Time and Consent Order to be electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated: February 13, 2024

                                                  Respectfully submitted,

                                                  HAUG PARTNERS LLP

By:    */s/Michael Barer/*

          Ben Natter
          Fla. Bar No. 1050054
          **HAUG PARTNERS LLP**
          777 South Flagler Drive
          Suite 1000, East Tower
          West Palm Beach, FL 33401
          Tel: (212) 588-0800
          bnatter@haugpartners.com

          Michael Barer (admitted *pro hac vice*)
          **HAUG PARTNERS**
          745 Fifth Avenue, 10th Floor
          New York, NY 10151
          Tel: (212) 588-0800
          mbarer@haugpartners.com