**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Sucesión Simon Diaz Marquez, : *Plaintiff*, : v. : Miami Fine Foods, LLC and Avi Assor, : *Defendants*. : ———————————————————— : Miami Fine Foods, LLC, : *Counterclaim/Third Party-Plaintiff*, : v. : Sucesión Simon Diaz Marquez and Bettsymar Diaz, : *Counterclaim/Third Party-Defendants*. : | Civil Case No. 1:23-cv-23933-FAM  *Document Electronically Filed* |

# ANSWER

Third Party Defendant, Bettsymar Diaz ("Ms. Diaz"), by and through her attorneys, hereby answers the Third Party Complaint filed by Defendant, Miami Fine Foods, LLC ("Defendant") and states as follows:

1. As to paragraph 1, Ms. Diaz lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

2. Admitted.

3. Denied.

4. Paragraph 4 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Ms. Diaz denies same.

1

5. Paragraph 5 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Ms. Diaz denies same.

6. Paragraph 6 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Ms. Diaz denies same.

7. Paragraph 7 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Ms. Diaz denies same.

8. As to paragraph 8, Ms. Diaz lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

9. As to paragraph 9, Ms. Diaz lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

10. As to paragraph 10, Ms. Diaz lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

11. As to paragraph 11, Ms. Diaz lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

12. As to paragraph 12, Ms. Diaz admits that Defendant Miami Fine Foods filed Application Serial No. 97/030,729, which speaks for itself. Ms. Diaz denies the remainder of the allegations.

13. Admitted that Sucesión Simon Diaz Marquez ("Plaintiff") is the Applicant of U.S. Application Serial No. 97/296,359.

14. Admitted that Plaintiff filed Application Serial No. 97/296,359, which speaks for itself.

15. As to paragraph 15, Defendant's characterization of the article attached as Exhibit C and located at https://elestimulo.com/bienmesabe/lanzamientos/2023-06-12/cafe-tio-simon-

que-tiene-que-ver-simon-diaz-con-un-cafe/ is denied, the article speaks for itself.

16. Denied.

17. Admitted that Plaintiff filed Application Serial No. 97/568,611, which speaks for itself.

18. Denied.

19. Paragraph 19 sets forth legal conclusions to which no response is required. To the extent a response is deemed required, Ms. Diaz denies same.

20. Denied.

21. Denied.

22. Denied.

23. Admitted that Plaintiff filed Opposition No. 91282101, which speaks for itself.

24. Opposition No. 91282101 speaks for itself. Defendant's characterization of the proceedings in Opposition No. 91282101 are denied.

25. As to paragraph 25, Ms. Diaz lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

26. Denied.

27. Denied.

28. As to paragraph 28, Ms. Diaz lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and accordingly, denies same.

## FIRST CLAIM FOR RELIEF
**(Federal Unfair Competition)**

29. With respect to paragraph 29, Ms. Diaz repeats each and every one of the prior responses as if set forth fully herein.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

## SECOND CLAIM FOR RELIEF
### (Common Law Trademark Infringement and Unfair Competition)

36. With respect to paragraph 36, Ms. Diaz repeats each and every one of the prior responses as if set forth fully herein.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

## PRAYER FOR RELIEF

Ms. Diaz denies that Defendant is entitled to any recovery or relief in connection with the allegations set forth in the Third Party Complaint, including, but not limited to, the requested relief set forth in the Prayer for Relief.

## DEMAND FOR JURY TRIAL

Ms. Diaz hereby demands a trial by jury on all claims and issues so triable.

## AFFIRMATIVE DEFENSES

1. Defendant's Third Party Complaint fails to state a claim upon which relief can be granted.

2. Some or all of the relief sought by Defendant is barred because Defendant has failed to establish irreparable injury.

3. Defendant has failed to mitigate its purported damages, to the extent it suffered any.

4. Defendant is not the owner of the TIO SIMON mark, or variations thereof.

5. Defendant's claims are barred in whole or in part by the doctrines of estoppel, unclean hands, and bad faith, in that Defendant adopted an infringing TIO SIMON mark with the intent to misappropriate Plaintiff's goodwill.

Dated: New York, NY
February 27, 2024

Respectfully submitted,

By: */s/Ben Natter/*

Ben Natter
Fla. Bar No. 1050054
Matthew Ryan
Fla. Bar No. 368709
**HAUG PARTNERS LLP**
777 South Flagler Drive
Suite 1000, East Tower
West Palm Beach, FL 33401
Tel: (212) 588-0800
bnatter@haugpartners.com
mryan@haugpartners.com

Michael Barer (admitted *pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
Tel: (212) 588-0800
mbarer@haugpartners.com

*Attorneys for Bettsymar Diaz*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Answer to be electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF electronic filing system.

Dated: February 27, 2024

        Respectfully submitted,

        By: */s/Ben Natter/*

        Ben Natter
        Fla. Bar No. 1050054
        **HAUG PARTNERS LLP**
        777 South Flagler Drive
        Suite 1000, East Tower
        West Palm Beach, FL 33401
        Tel: (212) 588-0800
        bnatter@haugpartners.com

        Michael Barer (admitted *pro hac vice*)
        **HAUG PARTNERS LLP**
        745 Fifth Avenue, 10th Floor
        New York, NY 10151
        Tel: (212) 588-0800
        mbarer@haugpartners.com