# Exhibit A

| | |
|---|---|
| **From:** | Javier Coronado |
| **To:** | Barer, Michael; Natter, Ben; Prince-Alex Iwu |
| **Cc:** | Ryan, Matthew; Jaime Vining; Zhen Pan; Aylin Hovispo |
| **Subject:** | RE: Sucesion v. Miami Fine Foods, LLC et al.; Motion to Strike; A394-16.1 [HAUG-ACTIVE.FID146314] |
| **Date:** | Tuesday, March 5, 2024 11:35:35 AM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.png |

**This Message originated outside your organization.**

Michael -

We cannot consent to your motions. Here is our basis:

1. The court should review carefully if your withdrawal is for good cause. It is challenging for us to grasp how the alleged irreconcilable differences with your clients arose suddenly over the weekend. Just last Friday, you were zealously contesting our forthcoming motion to strike, and now you are advising of an alleged inability to continue representing the clients.

2. The upcoming deadline for responding to our discovery requests, along with our pending depositions and forthcoming motion to strike, raises questions about the timing and basis of your motions. Particularly against the backdrop of the USPTO proceedings, the court should review whether your motions are being made to drag out the litigation as long as possible.

3. We oppose an additional extension of time for your client to respond to our discovery requests. Your client has already had ample time since January 24 to address these requests. Granting further extensions would hinder the progress of the case and grant your clients an unfair advantage.

Best,

Javier.

**Javier Coronado**
Partner
*AML & Sanctions Certified by ACAMS*



100 SE 2nd Street
Suite 3400 | Miami Tower
Miami, Florida
Office: +1 305.375.9220

jcoronado@diazreus.com | www.diazreus.com

United States . Latin America . Europe . Asia . Middle East . Africa



NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or calling the above telephone number (collect) so that our address record can be corrected. Thank you for your cooperation.

DIAZ, REUS & TARG LLP IS AN INTERNATIONAL LEGAL PRACTICE PROVIDING CLIENT SERVICES WORLDWIDE THROUGH ITS MEMBER FIRMS AND AFFILIATES. ANY REFERENCE TO A "PARTNER" MEANS A PERSON WHO IS A PARTNER, MEMBER, CONSULTANT, OR EMPLOYEE WITH EQUIVALENT STANDING AND QUALIFICATIONS IN ONE OF DIAZ REUS' MEMBER FIRMS OR AFFILIATES.

---

**From:** Barer, Michael <MBarer@haugpartners.com>
**Sent:** Monday, March 4, 2024 6:32 PM
**To:** Javier Coronado <jcoronado@diazreus.com>; Natter, Ben <BNatter@haugpartners.com>; Prince-Alex Iwu <piwu@diazreus.com>
**Cc:** Ryan, Matthew <MRyan@haugpartners.com>; Jaime Vining <jrv@friedlandvining.com>; Zhen Pan <zpan@diazreus.com>; Aylin Hovispo <ahovispo@diazreus.com>
**Subject:** [EXTERNAL] RE: Sucesion v. Miami Fine Foods, LLC et al.; Motion to Strike; A394-16.1 [HAUG-ACTIVE.FID146314]

Sucesión Simon Diaz Marquez v. Miami Fine Foods LLC
Civil Matter No. 1:23-cv-23933
Haug Ref. A394-16.1

Hi Javier:

Our motion is based on irreconcilable differences. We cannot say anything more due to attorney/client privilege.

As you know, our client is dealing with her sick mother and 60 days may be needed. If you will not consent to 60 days, please confirm your consent to 30 days.

It is our experience that Courts grant requests to stay as a matter of course when a party needs to find a new attorney, and we anticipate the Court will grant our motion with or without your consent. Nonetheless, we would appreciate your professional courtesy so the process is not dragged out for no ultimate purpose.

Please confirm you will not oppose the motion, and you will consent to extend all deadlines (including the deadline to respond to discovery requests), until our clients obtain new counsel.

Regards,

Michael Barer
Attorney
Trademark Team

**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2604 Direct

mbarer@haugpartners.com
www.haugpartners.com

---

**From:** Javier Coronado <jcoronado@diazreus.com>
**Sent:** Monday, March 4, 2024 5:58 PM
**To:** Barer, Michael <MBarer@haugpartners.com>; Natter, Ben <BNatter@haugpartners.com>; Prince-Alex Iwu <piwu@diazreus.com>
**Cc:** Ryan, Matthew <MRyan@haugpartners.com>; Jaime Vining <jrv@friedlandvining.com>; Zhen Pan <zpan@diazreus.com>; Aylin Hovispo <ahovispo@diazreus.com>
**Subject:** RE: Sucesion v. Miami Fine Foods, LLC et al.; Motion to Strike; A394-16.1 [HAUG-ACTIVE.FID146314]

**This Message originated outside your organization.**

Hi Michael -

We have some questions so we can assess whether to oppose your motions:

What is the basis of your motion to withdraw?

Why do your clients need 60 days to find new counsel? Why not 15 - 30 days?

Will your motion seek an extension of all the deadlines under the December 15, 2023 Scheduling Order [DE 15]?

How about the pending discovery requests? Are you seeking to further extend the deadlines for those too?

Thank you,

**Javier Coronado**
Partner
*AML & Sanctions Certified by ACAMS*



100 SE 2nd Street
Suite 3400 | Miami Tower
Miami, Florida
Office: +1 305.375.9220

jcoronado@diazreus.com | www.diazreus.com

United States . Latin America . Europe . Asia . Middle East . Africa

NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or calling the above telephone number (collect)  so that our address record can be corrected. Thank you for your cooperation.

DIAZ, REUS & TARG LLP IS AN INTERNATIONAL LEGAL PRACTICE PROVIDING CLIENT SERVICES WORLDWIDE THROUGH ITS MEMBER FIRMS AND AFFILIATES. ANY REFERENCE TO A "PARTNER" MEANS A PERSON WHO IS A PARTNER, MEMBER, CONSULTANT, OR EMPLOYEE WITH EQUIVALENT STANDING AND QUALIFICATIONS IN ONE OF DIAZ REUS' MEMBER FIRMS OR AFFILIATES.

---

**From:** Barer, Michael <MBarer@haugpartners.com>
**Sent:** Monday, March 4, 2024 2:35 PM
**To:** Javier Coronado <jcoronado@diazreus.com>; Natter, Ben <BNatter@haugpartners.com>; Prince-Alex Iwu <piwu@diazreus.com>
**Cc:** Ryan, Matthew <MRyan@haugpartners.com>; Jaime Vining <jrv@friedlandvining.com>; Zhen Pan <zpan@diazreus.com>; Aylin Hovispo <ahovispo@diazreus.com>
**Subject:** [EXTERNAL] RE: Sucesion v. Miami Fine Foods, LLC et al.; Motion to Strike; A394-16.1 [HAUG-ACTIVE.FID146314]

Sucesión Simon Diaz Marquez v. Miami Fine Foods LLC
Civil Matter No. 1:23-cv-23933
Haug Ref. A394-16.1

Hi Jamie/Javier:

We will be filing a motion to withdraw our representation of the estate and Ms. Diaz.

In the motion, we intend to request a 60 day stay of all deadlines (including discovery deadlines), to give the estate and Ms. Diaz time to find new counsel. It is our understanding that the Court will grant the motion and stay expeditiously.

Nonetheless, please confirm whether you will oppose either the request to withdraw or the stay.

Regards,

Michael Barer
Attorney
Trademark Team

**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2604 Direct

mbarer@haugpartners.com
www.haugpartners.com