# Exhibit B

| | |
|---|---|
| **From:** | Barer, Michael |
| **To:** | Jaime Vining |
| **Cc:** | Natter, Ben; jaime.vining@friedlandvining.com; trademarks@friedlandvining.com; David Friedland |
| **Subject:** | RE: Sucesión Simon Diaz Marquez v. Miami Fine Foods LLC; Civil Matter No. 1:23-cv-23933 (SD Fla); Discovery Requests; Haug Ref. A394-16.1 [HAUG-ACTIVE.FID146314] |
| **Date:** | Tuesday, February 6, 2024 5:05:33 PM |

Sucesión Simon Diaz Marquez v. Miami Fine Foods LLC
Civil Matter No. 1:23-cv-23933
Haug Ref. A394-16.1

Hi Jamie:

A 30 day extension is pushing the responses a bit too close to the end of discovery.

We will consent to a two week extension contingent on a reciprocal two week extension for our responses, and confirmation that you will not oppose a request to extend discovery, if necessary.

Regards,

Michael Barer
Attorney
Trademark Team

**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2604 Direct

mbarer@haugpartners.com
www.haugpartners.com

**From:** Jaime Vining <jrv@friedlandvining.com>
**Sent:** Tuesday, February 6, 2024 2:43 PM
**To:** Barer, Michael <MBarer@haugpartners.com>
**Cc:** Natter, Ben <BNatter@haugpartners.com>; jaime.vining@friedlandvining.com; trademarks@friedlandvining.com; David Friedland <dkf@friedlandvining.com>
**Subject:** Re: Sucesión Simon Diaz Marquez v. Miami Fine Foods LLC; Civil Matter No. 1:23-cv-23933 (SD Fla); Discovery Requests; Haug Ref. A394-16.1 [HAUG-ACTIVE.FID146314]

**This Message originated outside your organization.**

Hi Michael:

Following up on the extension request. Thx!
Jaime

**Jaime Rich Vining, Esq**

Florida Bar Board Certified
Intellectual Property Attorney





O: 305.777.1721 ✦ F: 305.456.4922

jrv@friedlandvining.com / friedlandvining.com

On Feb 5, 2024, at 10:28 AM, Jaime Vining <jrv@friedlandvining.com> wrote:

Dear Michael:

Our clients have inquired whether you are amenable to a 30-day extension of time to respond to your client's written discovery requests. We calculate the current response deadline as February 9, 2024, so the extended deadline would be Monday, March 11, 2024. Please confirm this is acceptable. Thx!

**Jaime Rich Vining, Esq**

Florida Bar Board Certified
Intellectual Property Attorney





O: 305.777.1721 ✦ F: 305.456.4922

jrv@friedlandvining.com / friedlandvining.com

On Jan 10, 2024, at 5:24 PM, Barer, Michael <MBarer@haugpartners.com> wrote:

Sucesión Simon Diaz Marquez v. Miami Fine Foods LLC
Civil Matter No. 1:23-cv-23933
Haug Ref. A394-16.1

Please see attached for service.

Regards,

Michael Barer
Attorney
Trademark Team

**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2604 Direct

mbarer@haugpartners.com

[www.haugpartners.com](www.haugpartners.com)

---

This email originates from Haug Partners LLP. It is intended only for the addressee(s) named herein, and may contain confidential and/or legally privileged information. The dissemination, distribution, or copying of this email by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you received this message in error, please promptly notify us at [firm@haugpartners.com](firm@haugpartners.com) or (212) 588-0800.

---

<First Set of Interrogatories to Avi Assor.pdf><First Set of Interrogatories to Miami Fine Foods.pdf><First Set of Requests for Production of Documents to Avi Assor.pdf><First Set of Requests for Production of Documents to Miami Fine Foods.pdf>