**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Sucesión Simon Diaz Marquez, *Plaintiff*, v. Miami Fine Foods, LLC and Avi Assor, *Defendants*. | Civil Case No. 1:23-cv-23933-FAM |
| Miami Fine Foods, LLC, *Counterclaim/Third Party-Plaintiff*, v. Sucesión Simon Diaz Marquez and Bettsymar Diaz, *Counterclaim/Third Party-Defendants*. | |

## **[PROPOSED] ORDER**

THIS CASE having come before the Court on Haug Partners, LLP's Motion to Withdraw as Counsel for Sucesión Simon Diaz Marquez and Bettsimar Diaz (the "Motion") (ECF No. ___). After reviewing the pleadings and being otherwise advised, it is **ORDERED:**

1. The Motion (ECF No. ___) is **GRANTED**.

2. Haug Partners LLP is relieved of further responsibility in this case as counsel for Sucesión Simon Diaz Marquez and Bettsimar Diaz.

3. Within sixty (60) days of the date of this Order, Sucesión Simon Diaz Marquez must retain new counsel and have the counsel file a Notice of Appearance with the Court.

4. Within sixty (60) days of the date of this Order, Bettsimar Diaz must either (a)

retain new counsel and have the counsel file a Notice of Appearance with the Court, or (b) file a notice with the Court stating that they wish to proceed *pro se*.

5. The above captioned matter, including all discovery, third party discovery, deposition, and all other deadlines, are stayed for sixty (60) days. The time to respond to all outstanding discovery requests shall be extended to a time and date after new counsel has been engaged and makes an appearance.

6. Until Sucesión Simon Diaz Marquez and Bettsimar Diaz retain new counsel, all future filings, correspondence, and orders must be sent to their physical and email address(es). Sucesión Simon Diaz Marquez and Bettsimar Diaz are directed to file a Notice of Current Address with updated contact information within seven (7) days of this Order in compliance with Southern District of Florida Local Rule 11.1(g).

7. Withdrawing counsel is directed to provide a copy of this Order to Sucesión Simon Diaz Marquez and Bettsimar Diaz via email and regular mail.

DONE and Ordered in Chambers this _____ day of _____ 2024.

_____
Hon. Federico A. Moreno
United States District Judge