UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23933-CIV-MORENO

SUCESIÓN SIMON DIAZ MARQUEZ,

    Plaintiff,

vs.

MIAMI FINE FOODS, LLC and AVI ASSOR,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS COUNSEL.

THIS CAUSE came before the Court upon Motion to Withdraw as Counsel **(D.E. 32)**, filed on **March 5, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. The "Diaz Parties" will represent themselves but must comply with all deadlines. However, the Court **DENIES** the request that the Court stay the proceedings for sixty days.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___13___ of March 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record