IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-CV-23933-FAM

**SUCESIÓN SIMON DIAZ MARQUEZ
and BETTSYMAR DIAZ**,

Plaintiff/Counterclaim-Defendant,

v.

**MIAMI FINE FOODS, LLC and
AVI ASSOR**,

Defendants/Counterclaim-Plaintiff.

_____/

### ORDER GRANTING MIAMI FINE FOOD'S MOTION TO STRIKE BETTSYMAR DIAZ'S AFFIRMATIVE DEFENSES

THIS MATTER came before the Court on Counterclaim-Plaintiff Miami Fine Food's Motion to Strike Third-Party Defendant Bettsymar Diaz's Affirmative Defenses (the "Motion"). The Court being advised and reviewing the Court's file, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. Third-Party Defendant Bettsymar Diaz's Affirmative Defenses Nos. 1 through 5 are **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ____ day of March, 2024.

_____
**FEDERICO A. MORENO
UNITED STATES DISTRICT COURT JUDGE**

Copies Furnished to:
Counsel of Record