UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23933-CIV-MORENO

SUCESIÓN SIMON DIAZ MARQUEZ and
BETTSYMAR DIAZ,

        Plaintiffs,

vs.

MIAMI FINE FOODS, LLC and AVI ASSOR,

        Defendants.
_____/

## ORDER DENYING DEFENDANT MIAMI FINE FOODS, LLC'S MOTION TO STRIKE BETTSYMAR DIAZ'S AFFIRMATIVE DEFENSES

THIS CAUSE came before the Court upon Miami Fine Foods LLC's Motion to Strike Bettsymar Diaz's Affirmative Defenses **(D.E. 34)**, filed on **March 15, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion to Strike is **DENIED** with leave to refile at the Summary Judgment stage.

A defense which denies an element in the Plaintiff's prima facie case should not be stricken, but rather be treated as a specific denial. *See Pujals ex rel. El Rey de los Habanos, Inc. v. Garcia*, 777 F. Supp. 2d 1322, 1328. In addition, a court will not strike an affirmative defense unless it "has no possible relationship to the controversy, may confuse the issues, or otherwise prejudice a party." *Rosada v. John Wieland Homes & Neighborhoods, Inc.*, No. 3:09-cv-653-J-20MCR, 2010 U.S. Dist. LEXIS 39938, 2010 WL 1249841, at *1 (M.D. Fla. Mar. 25, 2010).

The Court denies Plaintiff's request to strike Defendants' Affirmative Defenses. The Court

will instead treat Affirmative Defense No. 1, 2, 3, 4, and 5 as specific denials.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th of March 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record