**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

SUCESIÓN SIMON DIAZ MARQUEZ,

    Plaintiff,

v.                                    CASE NO. 1:23-CV-23933-FAM

MIAMI FINE FOODS LLC

    Defendants.

## NOTICE OF APPEARANCE

Jonathan B. Morton, of the law firm of K&L Gates LLP, hereby files his appearance in the above-styled case as counsel on behalf of Plaintiff Sucesión Simon Diaz Marquez and Third-Party Defendant Bettsymar Diaz, and requests that he be served with copies of all notices, pleadings, orders and other documents filed in these proceedings at the address and/or email listed below.

Dated: March 28, 2024                      Respectfully submitted,

                                                   */s/ Jonathan B. Morton*
                                                   Jonathan B. Morton
                                                   Florida Bar No. 956872
                                                   jonathan.moton@klgates.com
                                                   **K&L GATES LLP**
                                                   200 South Biscayne Boulevard, Suite 3900
                                                   Miami, Florida 33131
                                                   Telephone: 305.539.3300
                                                   Facsimile: 305.358.7095

                                                   *Attorneys for Plaintiff, Sucesión Simon Diaz Marquez and Third-Party Defendant Bettsymar Diaz*

1

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 28, 2024 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will serve an electronic copy on all counsel of record.

                /s/ *Jonathan B. Morton*
                Jonathan B. Morton