**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

SUCESIÓN SIMON DIAZ MARQUEZ,

       Plaintiff,

v.                                  CASE NO. 1:23-CV-23933-FAM

MIAMI FINE FOODS LLC

       Defendants.

## NOTICE OF APPEARANCE

Lanette Suárez Martin, of the law firm of K&L Gates LLP, hereby files her appearance in the above-styled case as counsel on behalf of Plaintiff Sucesión Simon Diaz Marquez and Third-Party Defendant Bettsymar Diaz, and requests that she be served with copies of all notices, pleadings, orders and other documents filed in these proceedings at the address and/or email listed below.

Dated: March 28, 2024                        Respectfully submitted,

                                                  */s/ Lanette Suárez Martin*
                                                  Lanette Suárez Martin
                                                  Florida Bar No. 1002851
                                                  lanette.martin@klgates.com
                                                  **K&L GATES LLP**
                                                  200 South Biscayne Boulevard, Suite 3900
                                                  Miami, Florida 33131
                                                  Telephone: 305.539.3300
                                                  Facsimile: 305.358.7095

                                                  *Attorneys for Plaintiff Sucesión Simon Diaz Marquez and Third-Party Defendant Bettsymar Diaz*

1

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 28, 2024 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will serve an electronic copy on all counsel of record.

      /s/ *Lanette Suárez Martin*
      Lanette Suárez Martin