**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SUCESIÓN SIMON DIAZ MARQUEZ,

    Plaintiff,

v.                                   CASE NO. 1:23-CV-23933-FAM

MIAMI FINE FOODS LLC

    Defendants.

## NOTICE OF APPEARANCE

Alejandra D. Gonzalez, of the law firm of K&L Gates LLP, hereby files her appearance in the above-styled case as counsel on behalf of Plaintiff Sucesión Simon Diaz Marquez and Third-Party Defendant Bettsymar Diaz, and requests that she be served with copies of all notices, pleadings, orders and other documents filed in these proceedings at the address and/or email listed below.

Dated: March 28, 2024                       Respectfully submitted,

                                                        */s/ Alejandra D. Gonzalez*
                                                        Alejandra D. Gonzalez
                                                        Florida Bar No. 1035938
                                                        alejandra.gonzalez@klgates.com
                                                        **K&L GATES LLP**
                                                        200 South Biscayne Boulevard, Suite 3900
                                                        Miami, Florida 33131
                                                        Telephone: 305.539.3300
                                                        Facsimile: 305.358.7095

                                                        *Attorneys for Plaintiff, Sucesión Simon Diaz Marquez and Third-Party Defendant Bettsymar Diaz*

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 28, 2024 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will serve an electronic copy on all counsel of record.

/s/ *Alejandra D. Gonzalez*
Alejandra D. Gonzalez
