**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:23-CV-23933-FAM

**SUCESIÓN SIMON DIAZ MARQUEZ**,

    Plaintiff/Counter-Defendant,

v.

**MIAMI FINE FOODS LLC**

    Defendants/Counter-Plaintiff.

_____/

**DEFENDANT/COUNTER-PLAINTIFF'S NOTICE OF**
**INTENT TO RAISE ISSUE OF FOREIGN LAW.**

Pursuant to Federal Rule of Civil Procedure 44.1, Defendant/Counterclaim-Plaintiff Miami Fine Foods, LLC, ("MFF") hereby provides notice of its intent to raise issues concerning foreign law, specifically the law of Venezuela.

DATE: March 28, 2024.

**DIAZ REUS & TARG, LLP**
100 Southeast Second Street, Suite 3400
Miami, Florida 33131
Telephone (305) 375-9220

By: /s/ *Javier Coronado Diaz*
Javier Coronado Diaz
Florida Bar No. 558442
Email: jcoronado@diazreus.com
Ishmael Green
Florida Bar No. 109100
Email: igreen@diazreus.com
Zhen Pan
Florida Bar No. 123637
Email: zpan@diazreus.com
Prince-Alex Iwu
Florida Bar No. 1044670
Email: piwu@diazreus.com

1

**FRIEDLAND VINING, P.A.**

9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156
(305) 777-1721 – telephone
(305) 456-4922 – facsimile

David K. Friedland
Florida Bar No. 833479
Email: dkf@friedlandvining.com
Jaime Rich Vining
Florida Bar No. 030932
Email: jrv@friedlandvining.com

*Attorneys for Defendants/Counter-Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I caused a true and correct copy of the foregoing Motion to be electronically filed via CM/ECF.

By: /s/ *Javier Coronado Diaz*
Javier Coronado Diaz