# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 23-23933-CIV-MORENO

SUCESIÓN SIMON DIAZ MARQUEZ,

    Plaintiff/Counter-Defendant,

v.

MIAMI FINE FOODS, LLC and AVI ASSOR,

    Defendants/Counter-Plaintiff.

_____/

**ORDER GRANTING MOTION
FOR CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL DATE**

THIS CAUSE came before the Court upon Plaintiff Sucesión Simon Diaz Marquez and Third-Party Defendant Bettsimar Diaz's Motion for Continuance of Pretrial Deadlines and Trial Date. The Court having reviewed the Motion and being otherwise duly advised in the premises, hereby:

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. The pretrial and trial deadlines set forth in the Court's Order entered on December 15, 2023, are hereby continued and the Parties shall adhere to the following amended schedule:

| | |
|---|---|
| Deadline to complete all discovery (including expert discovery) | June 25, 2024 |
| Deadline for the filing of all motions for summary judgment | July 9, 2024 |
| Deadline for the filing of pretrial motions (including motions *in limine* and *Daubert* motions) | August 26, 2024 |
| Meditation to be completed no later than | August 26, 2024 |
| Plaintiff's witness and exhibit lists | October 7, 2024 |
| Defendants' witness and exhibit lists | October 9, 2024 |
| Pretrial stipulations to be filed by | October 14, 2024 |

| | |
|---|---|
| Calendar Call at 2:00 p.m., Wilkie D. Ferguson U.S. Courthouse, Courtroom 12-2, 400 North Miami Avenue, Miami, FL 33128 | October __, 2024 |
| Trial set for the two-week period commencing on: | October __, 2024 |

**DONE AND ORDERED**, in Chambers at Miami, Florida, this ____ day of _____ 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished via CM/ECF to:
Counsel of Record