UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-23933-CIV-MORENO

SUCESIÓN SIMON DIAZ MARQUEZ,

    Plaintiff,

vs.

MIAMI FINE FOODS, LLC and AVI ASSOR,

    Defendants.
_____/

## ORDER GRANTING CONTINUANCE OF PRETRIAL DEADLINES AND TRIAL DATE

THIS CAUSE came before the Court upon Plaintiff Sucesion Simon Diaz Marquez and Third-Party Defendant Bettsimar Diaz's Motion for Continuance of Pretrial Deadlines and Trial Date **(D.E. 42)**, filed on **March 29, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Motion is **GRANTED**. The pretrial and trial deadlines set forth in the Court's Order entered on December 15, 2023, are hereby continued and the parties shall adhere to the following amended schedule:

| | |
|---|---|
| Deadline to complete all discovery (including expert discovery) | July 18, 2024 |
| Deadline for the filing of all motions for summary judgment | August 1, 2024 |
| Deadline for the filing of pretrial motions (including motions *in limine* and *Daubert* motions) | September 18, 2024 |
| Meditation to be completed no later than | September 18, 2024 |
| Plaintiff's witness and exhibit lists | October 30, 2024 |

| Defendants' witness and exhibit lists | November 1, 2024 |
|---|---|
| Pretrial stipulations to be filed by | November 5, 2024 |
| Calendar Call at 2:00 p.m., Wilkie D. Ferguson U.S. Courthouse, Courtroom 12-2, 400 North Miami Avenue, Miami, FL 33128 | November 12, 2024 |
| Trial set for the two-week period commencing on: | November 18, 2024 |

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd of April 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record